```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 29294
   CLYDE D PRESNELL JR
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2389


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/06/04 and confirmed on 12/10/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   28666.38 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
FORD MOTOR CREDIT CO       SECURED VEHIC      19850.00       2385.87       19850.00
INTERNAL REVENUE SERVICE   PRIORITY            1256.66         .00          1256.66
AT&T MOBILITY LLC          UNSECURED         NOT FILED        .00             .00
CAPITAL ONE FINANCIAL      UNSECURED           3619.38        .00           361.94
ECAST SETTLEMENT CORPORA   UNSECURED            146.06        .00            14.61
BANK ONE/JPM CHASE         UNSECURED           1483.63        .00           148.36
FAST CASH ADVANCE          UNSECURED            665.17        .00            66.52
HOUSEHOLD BANK             UNSECURED         NOT FILED        .00             .00
JC PENNEY                  UNSECURED         NOT FILED        .00             .00
MERRICK BANK               UNSECURED           2100.70        .00           210.07
METRO SELF STORAGE         UNSECURED         NOT FILED        .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED            295.08        .00            29.51
RESURGENT CAPITAL SERVIC   UNSECURED           7763.47        .00           776.35
SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED        .00             .00
FORD MOTOR CREDIT CO       UNSECURED           2449.13        .00           244.91
INTERNAL REVENUE SERVICE   UNSECURED            177.35        .00            17.74
            Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED   19850.00    1256.66    18699.97         .00        39806.63
PRINCIPAL PAID       19850.00    1256.66     1870.01         .00        22976.67
INTEREST PAID         2385.87      .00          .00          .00         2385.87
TOTAL PAID           22235.87    1256.66     1870.01         .00        25362.54
The Debtor's attorney, GREENBERG & ASSOC            , was allowed $    2200.00
and was paid $    200.00   direct and $    2000.00  through the plan.

The Trustee received $    1303.84 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 04 B 29294 CLYDE D PRESNELL JR